**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
     IN THE MATTER OF ASSIGNMENTS

               TO  THE                        NOTICE OF ASSIGNMENTS

     HONORABLE JED S. RAKOFF (JSR)

-- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

     The following cases are to be assigned to the calendar of the Honorable JED S. RAKOFF (JSR)

                    12 CV 3530
                    12 CV 3531

     ****RELATED TO 11 CV 7825****
     ****DESIGNATED MAG. JUDGE HENRY B. PITMAN****
     The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of

Assignment on all defendants.

Dated: 05/21/2012


                              Ruby J. Krajick, CLERK


                              PHYLLIS ADAMIK
                By: _____
                              Deputy Clerk


cc: Attorneys of Record